UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALI ABDULAHIJILO, et al.,

    Plaintiffs,

  v.

CITY OF SEATTLE, et al.,

    Defendants.

CASE NO. C02-413C

ORDER

This matter comes before the Court on the parties' Agreed Motion for Disbursement of Funds (Dkt. No. 58). The Court has carefully considered the papers submitted by the parties and hereby finds and rules as follows:

The Court's registry currently holds $13,533.68 of settlement funds. Pursuant to the terms of the settlement agreement, these funds are to be distributed to the six named minor plaintiffs when they reach the age of majority. Accordingly, the Court hereby DIRECTS the Clerk to disburse an equal, proportional one-sixth (1/6) share of the $13,533.68 to each named formerly minor plaintiff who presents adequate proof of (1) identity and (2) attainment of the age of eighteen (18) years to a member of the Clerk's office.

The Court also hereby DIRECTS the Clerk to disburse an equal, proportional one-sixth (1/6)

ORDER – 1

1   share of the settlement funds to Mr. Musa Uke, one of the six named plaintiffs, upon Mr. Uke's

2   presentation of proof of (1) his identity and (2) his attainment of the age of eighteen (18) years.

3         Finally, the Court notes that Plaintiffs' counsel, Mr. Austin Agomuoh, did not comply with the

4   Court's July 1, 2003 Order ("July Order").  The Court ordered Mr. Agomuoh to open a blocked account

5   for each minor plaintiff; to provide the Court with the bank name, bank routing number, and account

6   number for each blocked account; and to ensure that each plaintiff receives regular account statements

7   from the bank at his or her home address.  Mr. Agomuoh did not complete any of these actions.

8   Accordingly, pursuant to the terms of the July Order, the Court hereby SANCTIONS Mr. Agomuoh

9   $5,000 and SUSPENDS him from future practice before this Court.

11       SO ORDERED this __22nd__ day of July, 2005.

14                   UNITED STATES DISTRICT JUDGE

26   ORDER – 2